■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOEL I. RUDIKOFF, admitted on July 16, 1990, at a Term of the Appellate Division, First Department. [728 NYS2d 662] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the

date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 257 AD2d 127.]